IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
Tonjulia Teresa Preston  
Debtor(s)

CHAPTER 7, CASE NO. 18-11699-SDB

TRUSTEE'S FILE NO.

### TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2016 Kia Sportage mileage: ~50,000 Good condition | $ 17,050.00 | $ 0.00 | |
| 2010 Infiniti EX35 mileage: ~92,000 Good condition | $ 7,450.00 | $ 0.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 2,975.00 | $ 2,475.00 | |
| **Electronics** | $ 2,100.00 | $ 1,600.00 | |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| **Clothes (Includes furs, designer wear, shoes, accessories)** | $ 500.00 | $ 500.00 | |
| **Jewelry** | $ | $ | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ | $ | |
| **Deposits in banks, etc.** | | | |
| Wells Fargo | $ 713.00 | $ 713.00 | |
| Wells Fargo | $ 9.00 | $ 9.00 | |
| Planters Electric | $ 300.00 | $ 300.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| Employer-based | $ 3,000.00 | $ 3,000.00 | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance Policies** | | | |
| Primerica | $ 1.00 | $ 1.00 | |
| **Tax Refunds** | $ | $ | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |

| | | |
|---|---|---|
| Farm or Comm. Fishing Equip./Supplies/Farm animals | $ | $ |
| Other Personal Property of Any Kind | | |

    NOW COMES, Joseph E. Mitchell, III, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: 01/09/19

Joseph E. Mitchell, III, Trustee